UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gerald L Clemons

vs

**NOTICE**

Case Number **C-1- 00- 722**
Judge **Smith**

**Betty Mitchell**

Magistrate Judge King

**[ X ] TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: **Joseph P. Kinneary U.S. Cthouse**
**85 Marconi Boulevard, Rm 235**
**Columbus, Ohio  43215**

Date & Time

**October  9,  2003 @  2:00 p.m.**

Type of Proceeding:        **STATUS CONFERENCE**

**Norah M<sup>c</sup>Cann King**
**United States Magistrate Judge**

Date: **September 18, 2003**

<u>John D. Miller</u>
(By) John D. Miller/Courtroom Deputy
(614) 719-3026

To:    See electronic notice for list of counsel

**Please call John Miller (614-719-3026) if any counsel or parties have been omitted**