IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD L. CLEMONS, | : | |
| Petitioner, | : | CASE NO. C1-00-722 |
| vs. | : | JUDGE GEORGE SMITH |
| BETTY MITCHELL, WARDEN | : | MAGISTRATE JUDGE NORAH KING |
| Respondent. | : | |

**RESPONDENT'S MOTION FOR CLARIFICATION OF THIS COURT'S OPINION
AND ORDER ON MOTION TO DISMISS PROCEDURALLY DEFAULTED CLAIMS**

Respectfully submitted,

JIM PETRO (0011096)
Attorney General

_____
TARA L. BERRIEN (0074314)
Assistant Attorney General

CHARLES L. WILLE (0056444)
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3428
(614) 728-7055; (614) 728-8600 (fax)

**COUNSEL FOR RESPONDENT**

Respondent respectfully requests that this Court clarify its Opinion and Order on the Respondent's Motion to Dismiss the Procedurally Defaulted Claims in Petitioner Clemons' habeas petition. (Doc. No. 52). In her motion to dismiss, Respondent argued that Grounds 4, 18(D), 18(F), 19(E), 22, 23, 24, 25, 26, 27, and 28 were procedurally defaulted and should be dismissed. (Doc. No. 49). On September 17, 2003, this Court issued its Opinion and Order. (Doc. No. 52). However, the Opinion and Order does not address or rule on the alleged procedural default of Ground 27. Thus, Respondent respectfully asks this Court to publish its decision on Ground 27.

          Respectfully submitted,

          JIM PETRO (0011096)
          Attorney General


          TARA L. BERRIEN (0074314)
          Assistant Attorney General

          CHARLES L. WILLE (0056444)
          Assistant Attorney General
          Capital Crimes Section
          30 East Broad Street, 23rd Floor
          Columbus, Ohio 43215-3428
          (614) 728-7055; (614) 728-8600 (fax)

          **COUNSEL FOR RESPONDENT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing <u>Respondent's Motion for Clarification of this Court's Opinion and Order on Motion to Dismiss Procedurally Defaulted Claims</u> has been forwarded to Richard S. Ketcham, 755 South High Street, Columbus, Ohio 43206, and David J. Graeff, P.O. Box 1948, Westerville, Ohio 43086, this <u>22nd</u> day of September, 2003.

 

TARA L. BERRIEN
Assistant Attorney General