IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GERALD L. CLEMONS,

    Petitioner,

vs.                                  Civil Action 1:00-CV-722
                                    Judge Smith
                                    Magistrate Judge King

BETTY MITCHELL, Warden,

    Respondent.


**ORDER**

    A status conference was held on October 9, 2003. All parties were represented.

    Respondent will file her return of writ by November 15, 2003. Petitioner may have until March 15, 2004 to file his traverse. Respondent may have thirty (30) days thereafter to reply.

    Motions for evidentiary hearing will be made at the time the parties' merit briefs are filed.

    Petitioner will, no later than October 15, 2003, file a notice of additional support for his allegations of prosecutorial misconduct.

                                                    s/Norah McCann King
                                                      Norah M$^c$Cann King
                                                  United States Magistrate Judge