```
 1              UNITED STATED DISTRICT COURT
 2              SOUTHERN DISTRICT OF OHIO
 3
 4    ----------------------------------------
                                        :
 5    GERALD CLEMONS,                   :
                                        :
 6              Plaintiff,              :
                                        :
 7         vs.                          :       CASE NO.
                                        :    MS-1-00-017
 8    BETTY MITCHELL, Warden,           :
                                        :
 9              Defendant.              :
                                        :
10    ----------------------------------------
11
12
           DEPOSITION OF:     DALE G. SCHMIDT
13
           TAKEN:             By the Plaintiff
14                            Pursuant to Notice
15         DATE:              January 10, 2003
16         TIME:              Commencing at 10:00 a.m.
17         PLACE:             Office of Dale G. Schmidt, Esq.
                              904 Highland Towers
18                            1071 Celestial Street
                              Cincinnati, Ohio  45202
19
           BEFORE:            Sherry L. Music, CR
20                            Notary Public
                              Commonwealth of Kentucky
21
22
23
24
```

**Page 2**

```
 1   APPEARANCES:
 2
        On behalf of the plaintiff:
 3
 4          Richard S. Ketcham, Esq.
              of
 5          Ketcham & Ketcham
            755 South High Street
            Columbus, Ohio  43215
 6
              and
 7
 8          David J. Graeff, Esq.
            P.O. Box 1948
            Westerville, Ohio 43086
 9
10   On behalf of the defendant:
11          Tara L. Berrien, Esq.
              and
12          Charles Wille, Esq.
            Capital Crimes SOT
13          30 E. Broad Street, 26th Floor
            Columbus, Ohio 43215
14
15
16                     - - -
17
18
19
20
21
22
23
24
```

**Page 3**

```
 1              I N D E X
 2   DALE G. SCHMIDT                    PAGE
 3      Direct Examination by Mr. Ketcham      4
        Cross-Examination by Ms. Berrien      24
 4
 5
 6              (No exhibits.)
 7                     - - -
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**Page 4**

```
 1              DALE G. SCHMIDT
 2   of lawful age, a witness herein, being first duly sworn as
 3   hereinafter certified, was examined and deposed as follows:
 4              DIRECT EXAMINATION
 5   BY MR. KETCHAM:
 6      Q.  My name is Rick Ketcham and this is Dave
 7   Graeff.  We're representing Gerald Clemons on the federal
 8   habeas corpus.  And this is the deposition of Dale Schmidt,
 9   who was one of Mr. Clemons' trial attorneys.  Deposition by
10   agreement, correct?
11      MS. BERRIEN:  That's correct.
12      A.  That's correct.
13      Q.  Any other preliminary matters?  Mr. Schmidt,
14   would you, just for the record, give us your name and your
15   office address here?
16      A.  My name is Dale G. Schmidt, and the office
17   number is 904 Highland Towers, 1071 Celestial Street,
18   Cincinnati Ohio, 45202.
19      Q.  And you are engaged in the private practice of
20   law?
21      A.  I am.
22      Q.  How long have you been?
23      A.  Since 1965.
24      Q.  What kind of practice basically do you do?
```

**Page 5**

```
 1      A.  I do general practice.
 2      Q.  Including criminal defense?
 3      A.  That's correct.
 4      Q.  And you were one of the trial lawyers for
 5   Gerald Clemons, which was a capital case that was tried in,
 6   I believe, 1996, correct?
 7      A.  I believe that was 1996.  I mean, really, my
 8   memory doesn't run back too far.  I defended him, yes.
 9      Q.  Prior to the Gerald Clemons case have you had
10   any other capital trials?
11      A.  Yes.
12      Q.  About how many?
13      A.  I never kept score, but probably at least 30.
14      Q.  At least 30.  Under the new death penalty law
15   that was enacted in 1981 or thereabouts?
16      A.  I'm sorry?
17      Q.  All under the law as it is presently enacted or
18   were there some under the old death penalty law that we had?
19      A.  I started probably around '60 some odd, you
20   know, and I'm not sure when, late '60s or early '70s started
21   trying murder cases.  And tried them before the '81 law and
22   after.
23      Q.  Who was your co-counsel on the Clemons case?
24      A.  Mark Krumbein.
```

2 (Pages 2 to 5)

**Page 6**

1  Q.  Do you remember who appointed you to that case?
2  A.  I am not sure but I think it was Judge Nadel,
3  Judge Norbert Nadel.
4  Q.  He was the trial judge, I believe, wasn't he?
5  A.  That's correct.
6  Q.  At what point did you get appointed to that
7  case? Was it prior to arraignment or after arraignment?
8  A.  Which arraignment? Municipal court?
9  Q.  Common pleas court is what I'm referring to.
10  A.  Before.
11  Q.  Before that. So maybe you were appointed
12  shortly after the municipal court arraignment?
13  A.  Certainly, shortly after arrest.
14  Q.  And did you and Mr. Krumbein go down to see
15  Gerald pretty soon after you became appointed?
16  A.  Yes. I don't know if he went with me the first
17  time or not but we usually try to make it joint.
18  Q.  Have you tried any other capital cases with
19  Mark Krumbein?
20  A.  I think so. I am at a loss for memory. I may
21  have, yes. Yes, I'm sure, I did. I tried -- some guy out
22  in Harrison. I can't remember his name offhand.
23  Q.  Do you have any idea, under the new law since
24  1981 law, how many jury trials you have had involving the

**Page 7**

1  death penalty?
2  A.  I don't keep score.
3  Q.  I know Mr. Clemons is currently on death row.
4  Have you had any other trials that resulted in a verdict of
5  death?
6  A.  I figured it out, roughly, I think I've tried
7  about 40 of them. And I think I've got eight on death row.
8  Two of them don't need to be there. They turned down pleas.
9  Q.  That's common. That happens a lot when they
10  turn down pleas, it seems. When you and Mr. Krumbein
11  started representing Gerald did you two -- obviously you had
12  several meetings, I imagine. Did you sign on a division of
13  duties as to who was going to be responsible for what?
14  A.  No. We just worked in conjunction and got the
15  job done. I can't remember what we did in that case, but
16  normally we just worked together and what had to be done had
17  to be done.
18  Q.  This case in particular, I believe wasn't
19  exactly a who-done-it. It was pretty well established
20  that -- they could establish who was the shooter; is that
21  correct?
22  A.  Very well. A lot of press.
23  Q.  A lot of press. High publicity case, wasn't
24  it? What kind of strategy did you and Mr. Krumbein decide

**Page 8**

1  upon that would be the way to defend this case?
2  A.  Well, he was taking Prozac, as I recall. And I
3  think he had been diagnosed sometime along the line in those
4  days pre-'81, I guess it was still manic depressive, which
5  that would be bipolar, and to be politically correct. And
6  that was about the only thing we could do.
7  Q.  So basically you were looking at state of mind
8  issues?
9  A.  That's about the only thing we could do.
10  Q.  When did you first become aware of the Prozac
11  issue with Mr. Clemons?
12  A.  I'm not sure.
13  Q.  Do you remember how you became aware of that?
14  A.  He told me.
15  Q.  In your conversations with him I imagine you
16  thoroughly explored his background, his medical history,
17  physical history, military history and all that; is that
18  right?
19  A.  I did.
20  Q.  At one point in time, I believe you considered
21  giving a reason of insanity plea, did you not?
22  A.  Yes, but he didn't meet the criteria.
23  Q.  Who did the evaluation for that?
24  A.  I'm really not sure. They all meld together.

**Page 9**

1  I think it was probably the clinic, and maybe Dave
2  Chiaponne. He's a psychologist.
3  Q.  How about Nancy Schmidt-Goessling?
4  A.  Could have been Nancy, too. They are married
5  and they work together. It was probably Nancy. It could
6  have been either one of them. They would do it. And again,
7  it just runs together in my mind. I don't recall.
8  Q.  You at one point in time, I believe, did
9  have -- the court clinic did an examination on Mr. Clemons
10  for mitigation purposes, right?
11  A.  That's correct.
12  Q.  Now, the court clinic, Nancy Schmidt-Goessling
13  gave her report to the prosecution and to the defense; is
14  that correct?
15  A.  That's correct.
16  Q.  Did you ever consider asking the judge for an
17  independent psychological evaluation?
18  A.  I don't remember.
19  Q.  You don't remember?
20  A.  No.
21  Q.  Can you think of any reason why you would not
22  ask the Court for an independent psychological evaluation
23  that wouldn't have to be given over to the prosecution
24  unless you used it?

**3 (Pages 6 to 9)**

**Page 10**

1    A.    I don't remember.

2    Q.    Do you recall in several pretrial hearings with

3    Judge Nadel discussing the possibility of a Prozac defense?

4    A.    I don't know if we discussed it with the judge

5    or not.

6    Q.    Well, do you recall the judge asking you if you

7    wanted to get a -- appoint an expert on Prozac?

8    A.    No, I don't remember that one way or the other.

9    Q.    Do you remember your co-counsel, Mr. Krumbein

10    talking to the press and indicating in a story that ran on

11    March 8th of 1996 that you were going to present a Prozac

12    defense.  You were going to consult with various experts?

13    Do you remember them going to the press and that being in

14    the paper?

15    A.    No.

16    Q.    When you were preparing this case for trial you

17    knew Prozac would be an issue, apparently, correct, of some

18    kind?

19    A.    I assume so.  I knew about Prozac.

20    Q.    Did you undertake any investigation to find out

21    more about Prozac and the effects it has on people?

22    A.    I talked to the people from Lilly, yes.

23    Q.    Lilly is the manufacturer of Prozac, correct?

24    A.    That's correct.

**Page 11**

1    Q.    Do you remember who you talked to?

2    A.    No.

3    Q.    I know at trial at some point they had a Dr.

4    Keck, who I believe testified for Lilly in other cases.  Did

5    you talk to him?

6    A.    At one point I did, yes.

7    Q.    At one point, prior to trial?

8    A.    Yes.

9    Q.    Were you aware that they were going to call him

10    as a witness?

11    A.    Yes.

12    Q.    Did you check out his credentials?

13    A.    Did I check them out?

14    Q.    Right.

15    A.    I don't remember.

16    Q.    Were you aware that he testified for Lilly, for

17    the manufacturer of Prozac on other occasions?

18    A.    He said so, yes.

19    Q.    When he testified in rebuttal is there any

20    reason you didn't point that out to the jury that he has

21    testified for Eli Lilly before, the manufacturer of Prozac?

22    A.    I don't remember.

23    Q.    Do you recall him being very firm in his

24    opinion that Prozac had no adverse effects on people?

**Page 12**

1    A.    Yes.

2    Q.    Did you attempt to find an expert on Prozac to

3    contradict him?

4    A.    I don't think so.

5    Q.    Were you aware of any literature or studies

6    that indicated Prozac could have an adverse effect and, in

7    some studies have indicated could induce mania in people

8    and that type of aggressive reaction?  Are you aware of any

9    studies like that?

10    A.    I have read several.

11    Q.    Is there any reason you didn't cross-examine

12    Dr. Keck about those studies when he took the witness stand?

13    A.    If I didn't, I didn't.  I don't know what the

14    reason was.

15    Q.    Did you consider a defense of voluntary or

16    involuntary intoxication induced by Prozac when you were

17    formulating your strategy for this case?

18    A.    I don't recall.  I don't think so.

19    Q.    If in fact, the record reflects that the court

20    was willing to consider appointing you or paying for an

21    expert on Prozac, can you think of any reason why you would

22    not have followed up on that?

23    A.    No.

24    Q.    I believe in the opening statement you did

**Page 13**

1    mention that Gerald was on Prozac, did you not?  And at

2    least use it in part as your defense?

3    A.    I'm sure.  If it's in there it's in there.

4    Q.    Do you recall, besides Nancy Schmidt-Goessling,

5    if you ever made a request for an independent psychological

6    evaluation for mitigation?

7    A.    I'm sorry?

8    Q.    Do you recall if you made, when it came to

9    mitigation. if you made a request for an independent

10    psychological evaluation not done by the court clinic?

11    A.    I don't remember.  I don't think I did.

12    Q.    Okay.  You're aware, I assume, that the court

13    gave an independent evaluation, that that would be done on

14    behalf of your client, not on behalf of the court, rather

15    than what the court clinic had mentioned; is that right?

16    A.    Yes.

17    Q.    You did use Dr. Day, who I believe was a

18    treating doctor for Gerald Clemons; is that correct?

19    A.    I don't remember the name, quite frankly.

20    Q.    You used his treating doctor, I believe; do you

21    recall that?

22    A.    I'm sure.  I talked to everybody I could find.

23    Q.    And he was a medical doctor?

24    A.    Yes.

**4 (Pages 10 to 13)**

Page 14

1    Q.   Did you attempt to get a psychiatrist or a
2  psychologist to testify as to the effects of Prozac?
3    A.   I couldn't find anybody, if I recall, or I
4  would have called them.
5    Q.   Prior to trial in one of the motions hearings
6  you had several motion hearings and one was a motion to
7  suppress evidence and statements that Mr. Clemons made,
8  correct?
9    A.   That's correct.
10    Q.   I believe it was agreed between the prosecutor
11  and you and the court that the statements to the Evendale
12  police would be suppressed?
13    A.   Absolutely.
14    Q.   Because they advised him of his rights and he
15  invoked his Miranda rights?
16    A.   I remember that specifically because it's a
17  lesson in how not to take a statement for the police. And
18  it was a classic example of -- excuse me. I do remember
19  because they sent me a copy of the tape and I sat down and
20  watched it and it was a classic. He kept asking for a
21  lawyer and they kept playing with the phone book. This I
22  have a visual of because it is a classic example. That
23  statement could never get in. And he kept asking for a
24  lawyer and they kept playing around with the phone and

Page 15

1  everything. They kept talking to him. And I think the
2  prosecutor, when they saw it, it was just not admissible.
3    Q.   So it was press prior to trial?
4    A.   Yes.
5    Q.   When you got into your case and you put Gerald
6  Clemons on the stand, when was the decision made to put him
7  on?
8    A.   When or why?
9    Q.   Well, both.
10    A.   I don't know when. It was just -- had nothing
11  else. I think he wanted to get on the stand, if I am not
12  mistaken, and tell his story. I'm not sure if I --
13  sometimes these things sort of go together and -- all these
14  murder cases. And I'm not sure if he wanted to or we just
15  didn't have any other choice but to put him on.
16    Q.   So was this a decision you made before you even
17  started trial, do you know, or something you made during the
18  course of the trial?
19    A.   Oh, it wouldn't have been before trial. It
20  would have been on development of -- I mean, that decision's
21  made after many things are done. You can never decide when
22  to put your client on the stand or not until -- in fact, it
23  may be an eleventh-hour decision. You never know.
24    Q.   Did you sit down and prep him with his

Page 16

1  testimony and go over the story with him?
2    A.   I'm sure we did. I have always done that. I
3  don't let a client get on the stand without -- and one of us
4  was probably playing prosecutor when we went through the pre
5  -- trying to rattle him and see what we could do. I never
6  put a client on the stand unless I cross-examine him at the
7  same time.
8    Q.   In the transcript you objected when the
9  prosecution used a suppressed statement to impeach him. And
10  you seem surprised that the court allowed him to use that.
11  Did you prepare Gerald for dealing with being questioned
12  about his statement to the police?
13    A.   I'm sure I did.
14    Q.   You were aware that even though it was
15  suppressed were you aware he could use it in impeachment?
16    A.   Yes.
17    Q.   In preparing Gerald to testify, did you advise
18  him if he testified that the statement he made with the
19  police could be used against him even though it was
20  suppressed?
21    A.   I don't recall if I did or not.
22    Q.   At trial and at mitigation Mr. Clemons was
23  fairly calm throughout, wasn't he? His attitude, I mean,
24  wasn't overly excited and aggressive?

Page 17

1    A.   No. If I recall he was pretty docile.
2    Q.   Pretty docile. He was on medication, in fact,
3  during the trial, wasn't he?
4    A.   I have no idea.
5    Q.   Do you recall you and Mr. Krumbein telling the
6  jury that he was on a Prozac-like drug during trial?
7    A.   If it's in the record it's in the record.
8    Q.   Okay. Do you recall checking with the jail to
9  see what kind of drug he was on, or did you?
10    A.   I don't recall.
11    Q.   Would it have been important to you, do you
12  think, if he had been on a drug that -- let me back up.
13  Part of your Prozac defense, I assume, was to indicate that
14  Prozac was in some way partially responsible for his
15  behavior on the day of the murders; is that correct?
16    A.   We were trying to create that illusion if we
17  could.
18    Q.   So if he was on the same medication, that is
19  Prozac, during trial, and is very calm throughout, wouldn't
20  that kind of be counter-productive to your illusion you were
21  trying to create about Prozac-induced mania?
22    A.   I have no idea.
23    Q.   Do you think it would have been important to
24  you if you had known that he was on a totally different drug

Ace Reporting Services  (513) 241-3200
30 Garfield Place, Suite 620  Cincinnati, Ohio  45202

## Page 18

1  during trial that actually has a calming effect on people
2  and it's not anything like Prozac, would that have been
3  important to you?
4      A.  I don't recall what he was on.  I have no
5  independent recollection.
6      Q.  You also had Jim Crates, mitigation specialist,
7  to assist you in preparing mitigation, did you not?
8      A.  I did.
9      Q.  When you approached the mitigation phase of the
10  trial did you have a theory of mitigation, you and Mr.
11  Krumbein?
12      A.  I'm sure we did.
13      Q.  Do you remember what it was?
14      A.  I am not exactly sure.  I think it was showing
15  that here was a guy that just blew his stack and, you know,
16  that type of thing.
17      Q.  From your many meetings with him you pretty
18  much knew his whole history, didn't you?
19      A.  Yeah.
20      Q.  Including his military history?
21      A.  Oh, yeah.
22      Q.  You're aware that was in Korea under a fairly
23  high security clearance?
24      A.  Yes.  That's what he told me.

## Page 19

1      Q.  He was honorably discharged?
2      A.  Yes.  Was down in Florida, worked in Florida,
3  Jacksonville area.  I do remember that.
4      Q.  Was there some reason that was not brought out
5  in the mitigation phase?
6      A.  Not that I know of.
7      Q.  Nothing bad in the records.  Speaking of
8  records, I understand that at the time this mitigation
9  hearing took place, did he have his military records?
10      A.  He had to get those from St. Louis.  I'm not
11  sure.  I don't know.  I turned my whole file over to the
12  public defender, State of Ohio.
13      Q.  Do you feel that a good military history is a
14  significant mitigating factor?
15      A.  Can't hurt.
16      Q.  Do you recall if it was even brought up in the
17  mitigation hearing?
18      A.  Whatever the record shows.
19      Q.  Would there be any good reason not to bring it
20  up if it was a good military history?
21      A.  Not that I can think of.  I don't know.
22      Q.  I believe you had his mother testify in
23  mitigation hearing.  Do you recall that?
24      A.  Ms. McCeechan, yes, I'm sure I did.  Really, I

## Page 20

1  don't even recall but I'm sure I did.  She was the only
2  light that I had at the end of any tunnel.
3      Q.  How much time did the court give you between
4  the guilty verdict and the mitigation hearing, if you
5  recall?
6      A.  I don't recall.  I'm sure it wasn't
7  immediately.
8      Q.  Did you talk to very many family members or
9  friends or employers?
10      A.  That I don't recall either.  I talked to
11  whoever Crates got together for me and told me -- Jim did a
12  lot of -- Jim Crates did a lot of the background for us.
13      Q.  He pretty much got you the names; is that
14  right?
15      A.  Oh, yeah, and whatever names we gave him.  We
16  worked together on it.  I've worked with Jim Crates many
17  times.
18      Q.  Do you recall him not getting along very well
19  with Dr. Schmidt-Goessling in this case?
20      A.  Who, Crates?
21      Q.  Yeah, Crates.
22      A.  I don't remember that.
23      Q.  In fact, Dr. Schmidt-Goessling from the court
24  clinic actually testified for the state, did she not?

## Page 21

1      A.  If it's in the record.
2          MR. KETCHAM:  Can we have a couple-minute
3  break?
4          (A recess was taken from 10:44 to 10:49.)
5          THE WITNESS:  I just talked to Mark and he
6  refreshed my memory.  We did try another one together
7  which we took a plea on.
8      Q.  Was that before or after Clemons?
9      A.  It was before Clemons.
10      Q.  I was going to ask you, since you gave your
11  file to the public defender that's probably some time ago
12  for the post-conviction, I imagine?
13      A.  I gave it to them when the appeal went up.  I
14  don't recall who handled the appeal.
15      Q.  I don't either.
16      A.  I don't, but they asked me for my file and I
17  turned over my file to them.
18      Q.  Did you keep any of it?  Did you have a chance
19  to review anything before the deposition today?  I know it
20  was short notice.
21      A.  I looked at a couple of the newspaper articles
22  but that's all I had in there.
23      Q.  Did you talk to Mark and refresh your memory
24  about it?

**6 (Pages 18 to 21)**

**Ace Reporting Services  (513) 241-3200**
**30 Garfield Place, Suite 620  Cincinnati, Ohio  45202**

Page 22

1    A.  Yeah, I talked to him and asked him, does he
2 remember. And I don't think he remembers much of it either.
3 You know, he did a few of them, too. Logan Stahl was the
4 other.
5    Q.  That was the other -- was that a plea? That
6 was a trial, wasn't it?
7    A.  That was a trial and Logan Stahl turned out a
8 plea.
9    Q.  I remember the case.
10    A.  And Logan Stahl does not have to be up there.
11    Q.  That was not with Mark though?
12    A.  That was with Mark.
13    Q.  Okay.
14    A.  I screamed at that man to take the plea but he
15 would not do it.
16    Q.  I remember that supreme court case well. Do
17 you remember any of the other eight that you had on death
18 row?
19    A.  Yes. A man by the name of Smith that killed
20 some guy up in the University area, some P&G exec. And then
21 I've got -- I'm trying to think of the names -- Rohaus, who
22 was a killer out in Cheviot, knifed a girl. That was a bad
23 one. And then I've got -- let's see. What was the one we
24 just did. They printed it in the paper.

Page 23

1    Q.  Some of them since Clemons?
2    A.  I think Clemons may have been my last one.
3 There was one more. There was some guy out in Madison
4 Place killed his wife. Got an appeal on that one.
5    Q.  Have all of them been in Hamilton County?
6    A.  Yeah. No. I know I did more after that. And
7 then I've got a kid that knifed a couple out in -- killed
8 them, out in Springfield Township. And I don't remember his
9 name either. There has been a couple since. There were
10 cases since Clemons.
11    Q.  Back when Clemons was tried how did common
12 pleas court here handle the alternate juror situation?
13    A.  We usually had two at least, maybe three,
14 sometimes three alternate jurors. At least two. I know not
15 just one, always, at least two and sometimes three.
16    Q.  Do you remember if they would sit in on the
17 deliberations, would not be allowed to say anything, how
18 they would handle that?
19    A.  The best I can recall every time I have had,
20 you know, the alternate jurors they were separated and they
21 were put in a different room than the 12 main jurors. And
22 they did not take part in the deliberation. I think they
23 were given -- I'm not sure if they were given the evidence
24 at all or they were just there in case something happened to

Page 24

1 someone in the deliberations.
2    Q.  Then they were brought back for the penalty
3 phase in case something happened?
4    A.  Right. I think they had a chance before that
5 to look at the evidence. You know, I'm not sure exactly but
6 I know they were separated. They did not participate in the
7 deliberations.
8    Q.  For the penalty phase, also, they were
9 separated?
10    A.  Yes.
11    MR. KETCHAM: Thank you.
12    CROSS-EXAMINATION
13 BY MS. BERRIEN:
14    Q.  I have a couple of questions. You said that
15 you sent your file to the PD's office?
16    A.  That's right.
17    Q.  So your files would be more accurate than your
18 recollection today, wouldn't it?
19    A.  Probably the transcript would be the best
20 recollection I would have.
21    Q.  Were you ever contacted by Clemons' appellate
22 counsel after you gave the file to the PD's office?
23    A.  I have no independent recollection of that.
24    Q.  So you didn't sign an affidavit in this case?

Page 25

1    A.  That I didn't do what I was supposed to do?
2    Q.  Mm-hmm.
3    A.  Not to me, lady. I tried that the best I
4 could. And you have to be in the trenches to understand
5 what the best is. And I didn't feel that I did anything
6 wrong and there was no reason I would ever sign an
7 affidavit.
8    Q.  Did you have a chance to review the allegations
9 that Mr. Clemons had set forth?
10    A.  No. I would probably know what they say
11 because you have to do something on appeal.
12    Q.  You said that since 1965 even though you don't
13 keep score you have had, roughly, about 40 capital cases?
14    A.  Somewhere probably in the excess of that. I
15 have tried probably 60 to 75 murder cases altogether but not
16 all first degrees.
17    Q.  Do you have to take continuing legal education
18 classes?
19    A.  I was until I quit doing them.
20    Q.  To be qualified on the cases?
21    A.  I kept my qualifications up until I decided I
22 wasn't going to take any more.
23    Q.  When you prepare for a trial in the very
24 beginning, do you prepare for both portions, the guilt phase

**7 (Pages 22 to 25)**

**Page 26**

1  and the mitigation, or do you wait until the guilt phase is
2  over to see if you need to prepare for mitigation?
3      A.  They work simultaneously.  You have to look
4  forward to the end.
5      Q.  And you had your mitigation specialist from the
6  beginning, James Crates?
7      A.  Shortly, as soon as we could get the judge to
8  appoint him.  But I contacted him before and I'm sure that
9  the entry went on after he was on the job.  But once I got
10  the nod from the judge that I could use him, that's all I
11  needed.  The entry probably went on later.  But as long as I
12  had the judge's okay then I went ahead with him, with Jim.
13  And I had worked with Jim before so, you know, after all he
14  has to be paid.
15      Q.  Did he make a written report for you?
16      A.  I don't recall.  I'm sure.  He always did but I
17  just don't have any independent recollection in this case.
18      Q.  But if he did, it would be in your file that
19  you gave to the public defender?
20      A.  Yes.  I would not keep that out.
21      Q.  And as you said, James Crates did mostly
22  background checks into Clemons' social history and military,
23  education?
24      A.  Jim Crates is what's known as a mitigation

**Page 27**

1  specialist.  And he did whatever was necessary in the line
2  of mitigation.  And he was on the job from the beginning.
3  You certainly can't wait until the jury comes in guilty and
4  then get into it.  You have to do it long before.
5      Q.  Do it from the beginning?
6      A.  That's correct.  That's just standard operating
7  procedure.
8      Q.  Earlier you had mentioned that Clemons was
9  taking Prozac because he was diagnosed as manic-depressive.
10      A.  That's what he told me.
11      Q.  Okay.  So from what you recall, it was his self
12  diagnosis and Dr. Day began prescribing him Prozac?
13      A.  Well, I just know what people told me, that he
14  was on Prozac and that the doctor said that it was
15  prescription, what I recall.  I really don't have a real set
16  memory of this because after you try a case you just can't
17  keep it in your mind.  You have to make room for whatever
18  you're doing today or tomorrow.  And you just can't keep all
19  this, and quite frankly, I don't want to look like I'm
20  shying away from these questions but I just don't remember.
21  It's a way of keeping my sanity instead of trying to keep
22  all this in my head.
23      MS. BERRIEN:  One minute, please.
24      (Discussion off the record.)

**Page 28**

1      Q.  Do you recall filing a not guilty by reason of
2  insanity defense?
3      A.  Whatever is in the record, I filed.  And I
4  probably did.  I don't know.  I can't tell you that.  I may
5  have filed it and went through it but he didn't meet the
6  test.
7      Q.  Do you recall not questioning Clemons'
8  competency to stand trial?
9      A.  I don't recall that.
10      Q.  But he was talking with you and you used that
11  to prepare for your defense?
12      A.  Yes, he was coherent.
13      Q.  Do you recall that there were inconsistencies
14  about whether Clemons was taking Prozac or whether he had
15  actually taken a pill the morning of the killings or around
16  had time of the killings?
17      A.  I don't recall.
18      Q.  You also said that preparing for the trial you
19  spoke to the manufacturer of Prozac?
20      A.  Somebody from Lilly.
21      Q.  And Dr. Keck as well?
22      A.  I'm sure if that was his doctor that's who I
23  talked to.
24      Q.  That was the state's witness?

**Page 29**

1      A.  Yes.
2      Q.  You also said that Clemons had indicated to you
3  that he was taking a generic form of Prozac while he was in
4  jail.  Do you recall that?
5      A.  I don't recall.  I'm sure he was on something,
6  probably.  I don't know what it was.  I don't remember.
7      Q.  But if he had told you that, would you have
8  questioned that with the officials at the jail?
9      A.  Yes.
10      MS. BERRIEN:  I'm sorry.  One more minute.
11      (Discussion off the record.)
12      Q.  You said you talked to Mr. Clemons.  Did you
13  talk to him about his state of mind at the time of the
14  events?
15      A.  I always -- any client I want to know what
16  state of mind.  And he was a little hacked -- I do remember
17  him telling me this, that he was a little hacked that he
18  thought they were picking on him out there.
19      Q.  I'm sorry.  When you say they were picking on
20  him who are you referring to?  The people at his job?
21      A.  Right.
22      Q.  So you used Mr. Clemons' answers as part of
23  your defense, you used that when you were factoring in to
24  developing a defense for him; is that fair to say?

**8 (Pages 26 to 29)**

**Page 30**

1    A.    Probably so.

2    Q.    You also indicated that Clemons' mother was the

3  only light at the end of the tunnel earlier?

4    A.    I'm sorry?

5    Q.    That Clemons mother was the only light at the

6  end of the tunnel?

7    A.    She was a good witness.  That's about all I

8  could say.

9    Q.    And you had her testify in mitigation?

10    A.    Yes.

11    Q.    But is it fair to say that you spoke to her

12  before the mitigation phase began?

13    A.    Many times.

14        MS. BERRIEN:  That's all I have.  Thank you

15  very much.

16        MR. KETCHAM:  Nothing.  Thank you.

17        THE WITNESS:  I'll waive.

18

        _____(Signature waived.)_____

19        DALE G. SCHMIDT

20

21        - - -

22    DEPOSITION CONCLUDED AT 11:00 A.M.

23

24

**Page 31**

1        C E R T I F I C A T E

2  COMMONWEALTH OF KENTUCKY  :
          : SS

3  COUNTY OF CAMPBELL        :

4        I, Sherry L. Music, the undersigned, a duly

5  qualified and commissioned notary public within and for the

6  Commonwealth of Kentucky, do hereby certify that before the

7  giving of his aforesaid deposition, DALE G. SCHMIDT was by

8  me first duly sworn to depose the truth, the whole truth and

9  nothing but the truth; that the foregoing is the deposition

10  given at said time and place by DALE G. SCHMIDT; that said

11  deposition was taken in all respects pursuant to

12  stipulations of counsel; that I am neither a relative of nor

13  employee of any of the parties or their counsel, and have no

14  interest whatever in the result of the action; that I am

15  not, nor is the court reporting firm with which I am

16  affiliated, under a contract as defined in Civil Rule 28(D).

17        IN WITNESS WHEREOF, I hereunto set my hand and

18  official seal of office at Newport, Kentucky, this _____

19  day of _____, 2003.

20

21

22        _____

My commission expires:      Sherry L. Music

23  Februay 22, 2003.        Notary Public - Commonwealth of

        Kentucky

24

**9 (Pages 30 to 31)**

## A

about 5:12 7:7 8:6,9 9:3
  10:19,21 12:12 16:12 17:21
  21:24 25:13 28:14 29:13
  30:7
Absolutely 14:13
accurate 24:17
action 31:14
actually 18:1 20:24 28:15
address 4:15
admissible 15:2
adverse 11:24 12:6
advise 16:17
advised 14:14
affidavit 24:24 25:7
affiliated 31:16
aforesaid 31:7
after 5:22 6:7,12,13,15 15:21
  21:8 23:6 24:22 26:9,13
  27:16
again 9:6
against 16:19
age 4:2
aggressive 12:8 16:24
ago 21:11
agreed 14:10
agreement 4:10
ahead 26:12
allegations 25:8
allowed 16:10 23:17
along 8:3 20:18
alternate 23:12,14,20
altogether 25:15
always 16:2 23:15 26:16
  29:15
another 21:6
answers 29:22
anybody 14:3
anything 18:2 21:19 23:17
  25:5
apparently 10:17
appeal 21:13,14 23:4 25:11
APPEARANCES 2:1
appellate 24:21
appoint 10:7 26:8
appointed 6:1,6,11,15
appointing 12:20
approached 18:9
area 19:3 22:20
around 5:19 14:24 28:15
arraignment 6:7,7,8,12
arrest 6:13
articles 21:21

asked 21:16 22:1
asking 9:16 10:6 14:20,23
assist 18:7
assume 10:19 13:12 17:13
attempt 12:2 14:1
attitude 16:23
attorneys 4:9
aware 8:10,13 11:9,16 12:5,8
  13:12 16:14,15 18:22
away 27:20
a.m 1:16 30:22

## B

back 5:8 17:12 23:11 24:2
background 8:16 20:12
  26:22
bad 19:7 22:22
basically 4:24 8:7
became 6:15 8:13
become 8:10
before 1:19 5:21 6:10,11
  11:21 15:16,19 21:8,9,19
  24:4 26:8,13 27:4 30:12
  31:6
began 27:12 30:12
beginning 25:24 26:6 27:2,5
behalf 2:2,10 13:14,14
behavior 17:15
being 4:2 10:13 11:23 16:11
believe 5:6,7 6:4 7:18 8:20
  9:8 11:4 12:24 13:17,20
  14:10 19:22
Berrien 2:11 3:3 4:11 24:13
  27:23 29:10 30:14
besides 13:4
best 23:19 24:19 25:3,5
BETTY 1:8
between 14:10 20:3
bipolar 8:5
blew 18:15
book 14:21
both 15:9 25:24
Box 2:8
break 21:3
bring 19:19
Broad 2:13
brought 19:4,16 24:2

## C

C 31:1,1
call 11:9
called 14:4
calm 16:23 17:19

calming 18:1
came 13:8
CAMPBELL 31:3
capital 2:12 5:5,10 6:18
  25:13
case 1:7 5:5,9,23 6:1,7 7:15
  7:18,23 8:1 10:16 12:17
  15:5 20:19 22:9,16 23:24
  24:3,24 26:17 27:16
cases 5:21 6:18 11:4 15:14
  23:10 25:13,15,20
Celestial 1:18 4:17
certainly 6:13 27:3
certified 4:3
certify 31:6
chance 21:18 24:4 25:8
Charles 2:12
check 11:12,13
checking 17:8
checks 26:22
Cheviot 22:22
Chiaponne 9:2
choice 15:15
Cincinnati 1:18 4:18
Civil 31:16
classes 25:18
classic 14:18,20,22
clearance 18:23
Clemons 1:5 4:7,9 5:5,9,23
  7:3 8:11 9:9 13:18 14:7
  15:6 16:22 21:8,9 23:1,2,10
  23:11 24:21 25:9 26:22
  27:8 28:7,14 29:2,12,22
  30:2,5
client 13:14 15:22 16:3,6
  29:15
clinic 9:1,9,12 13:10,15 20:24
coherent 28:12
Columbus 2:5,13
comes 27:3
Commencing 1:16
commission 31:22
commissioned 31:5
common 6:9 7:9 23:11
Commonwealth 1:20 31:2,6
  31:23
competency 28:8
CONCLUDED 30:22
conjunction 7:14
consider 9:16 12:15,20
considered 8:20
consult 10:12
contacted 24:21 26:8

**continuing** 25:17
**contract** 31:16
**contradict** 12:3
**conversations** 8:15
**copy** 14:19
**corpus** 4:8
**correct** 4:10,11,12 5:3,6 6:5
  7:21 8:5 9:11,14,15 10:17
  10:23,24 13:18 14:8,9
  17:15 27:6
**counsel** 24:22 31:12,13
**counter-productive** 17:20
**County** 23:5 31:3
**couple** 21:21 23:7,9 24:14
**couple-minute** 21:2
**course** 15:18
**court** 1:1 6:8,9,12 9:9,12,22
  12:19 13:10,12,14,15 14:11
  16:10 20:3,23 22:16 23:12
  31:15
**co-counsel** 5:23 10:9
**CR** 1:19
**Crates** 18:6 20:11,12,16,20
  20:21 26:6,21,24
**create** 17:16,21
**credentials** 11:12
**Crimes** 2:12
**criminal** 5:2
**criteria** 8:22
**Cross-Examination** 3:3
  24:12
**cross-examine** 12:11 16:6
**currently** 7:3

**D**

**D** 3:1
**Dale** 1:12,17 3:2 4:1,8,16
  30:19 31:7,10
**DATE** 1:15
**Dave** 4:6 9:1
**David** 2:7
**day** 13:17 17:15 27:12 31:19
**days** 8:4
**dealing** 16:11
**death** 5:14,18 7:1,3,5,7 22:17
**decide** 7:24 15:21
**decided** 25:21
**decision** 15:6,16,23
**decision's** 15:20
**defend** 8:1
**defendant** 1:9 2:10
**defended** 5:8
**defender** 19:12 21:11 26:19

**defense** 5:2 9:13 10:3,12
  12:15 13:2 17:13 28:2,11
  29:23,24
**defined** 31:16
**degrees** 25:16
**deliberation** 23:22
**deliberations** 23:17 24:1,7
**depose** 31:8
**deposed** 4:3
**deposition** 1:12 4:8,9 21:19
  30:22 31:7,9,11
**depressive** 8:4
**developing** 29:24
**development** 15:20
**diagnosed** 8:3 27:9
**diagnosis** 27:12
**different** 17:24 23:21
**Direct** 3:3 4:4
**discharged** 19:1
**discussed** 10:4
**discussing** 10:3
**Discussion** 27:24 29:11
**DISTRICT** 1:1,2
**division** 7:12
**docile** 17:1,2
**doctor** 13:18,20,23 27:14
  28:22
**doing** 25:19 27:18
**done** 7:15,16,17 13:10,13
  15:21 16:2
**down** 6:14 7:8,10 14:19
  15:24 19:2
**Dr** 11:3 12:12 13:17 20:19,23
  27:12 28:21
**drug** 17:6,9,12,24
**duly** 4:2 31:4,8
**during** 15:17 17:3,6,19 18:1
**duties** 7:13

**E**

**E** 2:13 3:1 31:1,1
**earlier** 27:8 30:3
**early** 5:20
**education** 25:17 26:23
**effect** 12:6 18:1
**effects** 10:21 11:24 14:2
**eight** 7:7 22:17
**either** 9:6 20:10 21:15 22:2
  23:9
**eleventh-hour** 15:23
**Eli** 11:21
**employee** 31:13
**employers** 20:9

**enacted** 5:15,17
**end** 20:2 26:4 30:3,6
**engaged** 4:19
**entry** 26:9,11
**Esq** 1:17 2:3,7,11,12
**establish** 7:20
**established** 7:19
**evaluation** 8:23 9:17,22 13:6
  13:10,13
**even** 15:16 16:14,19 19:16
  20:1 25:12
**Evendale** 14:11
**events** 29:14
**ever** 9:16 13:5 24:21 25:6
**every** 23:19
**everybody** 13:22
**everything** 15:1
**evidence** 14:7 23:23 24:5
**exactly** 7:19 18:14 24:5
**examination** 3:3 4:4 9:9
**examined** 4:3
**example** 14:18,22
**excess** 25:14
**excited** 16:24
**excuse** 14:18
**exec** 22:20
**exhibits** 3:6
**expert** 10:7 12:2,21
**experts** 10:12
**expires** 31:22
**explored** 8:16

**F**

**F** 31:1
**fact** 12:19 15:22 17:2 20:23
**factor** 19:14
**factoring** 29:23
**fair** 29:24 30:11
**fairly** 16:23 18:22
**family** 20:8
**far** 5:8
**Februay** 31:23
**federal** 4:7
**feel** 19:13 25:5
**few** 22:3
**figured** 7:6
**file** 19:11 21:11,16,17 24:15
  24:22 26:18
**filed** 28:3,5
**files** 24:17
**filing** 28:1
**find** 10:20 12:2 13:22 14:3
**firm** 11:23 31:15

**first** 4:2 6:16 8:10 25:16 31:8
**Floor** 2:13
**Florida** 19:2,2
**followed** 12:22
**follows** 4:3
**foregoing** 31:9
**form** 29:3
**formulating** 12:17
**forth** 25:9
**forward** 26:4
**frankly** 13:19 27:19
**friends** 20:9
**from** 10:22 18:17 19:10
    20:23 21:4 26:5,10 27:2,5
    27:11,20 28:20

**G**

**G** 1:12,17 3:2 4:1,16 30:19
    31:7,10
**gave** 9:13 13:13 20:15 21:10
    21:13 24:22 26:19
**general** 5:1
**generic** 29:3
**Gerald** 1:5 4:7 5:5,9 6:15
    7:11 13:1,18 15:5 16:11,17
**getting** 20:18
**girl** 22:22
**give** 4:14 20:3
**given** 9:23 23:23,23 31:10
**giving** 8:21 31:7
**go** 6:14 15:13 16:1
**going** 7:13 10:11,12,13 11:9
    21:10 25:22
**good** 19:13,19,20 30:7
**Graeff** 2:7 4:7
**guess** 8:4
**guilt** 25:24 26:1
**guilty** 20:4 27:3 28:1
**guy** 6:21 18:15 22:20 23:3

**H**

**habeas** 4:8
**hacked** 29:16,17
**Hamilton** 23:5
**hand** 31:17
**handle** 23:12,18
**handled** 21:14
**happened** 23:24 24:3
**happens** 7:9
**Harrison** 6:22
**head** 27:22
**hearing** 19:9,17,23 20:4
**hearings** 10:2 14:5,6

**her** 9:13 30:9,11
**hereinafter** 4:3
**hereunto** 31:17
**high** 2:5 7:23 18:23
**Highland** 1:17 4:17
**him** 5:8 8:15 11:5,9,23 12:3
    14:14 15:1,6,15,24 16:1,5,6
    16:9,10,18,19 18:17 20:15
    20:18 22:1,1 26:8,8,10,12
    27:12 29:13,17,18,20,24
**history** 8:16,17,17 18:18,20
    19:13,20 26:22
**honorably** 19:1
**hurt** 19:15

**I**

**idea** 6:23 17:4,22
**illusion** 17:16,20
**imagine** 7:12 8:15 21:12
**immediately** 20:7
**impeach** 16:9
**impeachment** 16:15
**important** 17:11,23 18:3
**Including** 5:2 18:20
**inconsistencies** 28:13
**independent** 9:17,22 13:5,9
    13:13 18:5 24:23 26:17
**indicate** 17:13
**indicated** 12:6,7 29:2 30:2
**indicating** 10:10
**induce** 12:7
**induced** 12:16
**insanity** 8:21 28:2
**instead** 27:21
**interest** 31:14
**intoxication** 12:16
**investigation** 10:20
**invoked** 14:15
**involuntary** 12:16
**involving** 6:24
**issue** 8:11 10:17
**issues** 8:8

**J**

**J** 2:7
**Jacksonville** 19:3
**jail** 17:8 29:4,8
**James** 26:6,21
**January** 1:15
**Jim** 18:6 20:11,12,16 26:12
    26:13,24
**job** 7:15 26:9 27:2 29:20
**joint** 6:17

**judge** 6:2,3,4 9:16 10:3,4,6
    26:7,10
**judge's** 26:12
**juror** 23:12
**jurors** 23:14,20,21
**jury** 6:24 11:20 17:6 27:3
**just** 4:14 7:14,16 9:7 15:2,10
    15:14 18:15 21:5 22:24
    23:15,24 26:17 27:6,13,16
    27:18,20

**K**

**Keck** 11:4 12:12 28:21
**keep** 7:2 21:18 25:13 26:20
    27:17,18,21
**keeping** 27:21
**Kentucky** 1:20 31:2,6,18,23
**kept** 5:13 14:20,21,23,24
    15:1 25:21
**Ketcham** 2:3,4,4 3:3 4:5,6
    21:2 24:11 30:16
**kid** 23:7
**killed** 22:19 23:4,7
**killer** 22:22
**killings** 28:15,16
**kind** 4:24 7:24 10:18 17:9,20
**knew** 10:17,19 18:18
**knifed** 22:22 23:7
**know** 5:20 6:16 7:3 10:4 11:3
    12:13 15:10,17,23 18:15
    19:6,11,21 21:19 22:3 23:6
    23:14,20 24:5,6 25:10
    26:13 27:13 28:4 29:6,15
**known** 17:24 26:24
**Korea** 18:22
**Krumbein** 5:24 6:14,19 7:10
    7:24 10:9 17:5 18:11

**L**

**L** 1:19 2:11 31:4,22
**lady** 25:3
**last** 23:2
**late** 5:20
**later** 26:11
**law** 4:20 5:14,17,18,21 6:23
    6:24
**lawful** 4:2
**lawyer** 14:21,24
**lawyers** 5:4
**least** 5:13,14 13:2 23:13,14
    23:15
**legal** 25:17
**lesson** 14:17

let 16:3 17:12
let's 22:23
light 20:2 30:3,5
like 12:9 18:2 27:19
Lilly 10:22,23 11:4,16,21
  28:20
line 8:3 27:1
literature 12:5
little 29:16,17
Logan 22:3,7,10
long 4:22 26:11 27:4
look 24:5 26:3 27:19
looked 21:21
looking 8:7
loss 6:20
lot 7:9,22,23 20:12,12
Louis 19:10

**M**

made 13:5,8,9 14:7 15:6,16
  15:17,21 16:18
Madison 23:3
main 23:21
make 6:17 26:15 27:17
man 22:14,19
mania 12:7 17:21
manic 8:4
manic-depressive 27:9
manufacturer 10:23 11:17
  11:21 28:19
many 5:12 6:24 15:21 18:17
  20:8,16 30:13
March 10:11
Mark 5:24 6:19 21:5,23
  22:11,12
married 9:4
matters 4:13
may 6:20 15:23 23:2 28:4
maybe 6:11 9:1 23:13
McCeechan 19:24
mean 5:7 15:20 16:23
medical 8:16 13:23
medication 17:2,18
meet 8:22 28:5
meetings 7:12 18:17
meld 8:24
members 20:8
memory 5:8 6:20 21:6,23
  27:16
mention 13:1
mentioned 13:15 27:8
military 8:17 18:20 19:9,13
  19:20 26:22

mind 8:7 9:7 27:17 29:13,16
minute 27:23 29:10
Miranda 14:15
mistaken 15:12
MITCHELL 1:8
mitigating 19:14
mitigation 9:10 13:6,9 16:22
  18:6,7,9,10 19:5,8,17,23
  20:4 26:1,2,5,24 27:2 30:9
  30:12
Mm-hmm 25:2
more 10:21 23:3,6 24:17
  25:22 29:10
morning 28:15
mostly 26:21
mother 19:22 30:2,5
motion 14:6,6
motions 14:5
MS-1-00-017 1:7
much 18:18 20:3,13 22:2
  30:15
municipal 6:8,12
murder 5:21 15:14 25:15
murders 17:15
Music 1:19 31:4,22

**N**

N 3:1
Nadel 6:2,3 10:3
name 4:6,14,16 6:22 13:19
  22:19 23:9
names 20:13,15 22:21
Nancy 9:3,4,5,12 13:4
necessary 27:1
need 7:8 26:2
needed 26:11
neither 31:12
never 5:13 14:23 15:21,23
  16:5
new 5:14 6:23
Newport 31:18
newspaper 21:21
nod 26:10
Norbert 6:3
normally 7:16
notary 1:20 31:5,23
nothing 15:10 19:7 30:16
  31:9
notice 1:14 21:20
number 4:17

**O**

objected 16:8

obviously 7:11
occasions 11:17
odd 5:19
off 27:24 29:11
offhand 6:22
office 1:17 4:15,16 24:15,22
  31:18
official 31:18
officials 29:8
Oh 15:19 18:21 20:15
Ohio 1:2,18 2:5,8,13 4:18
  19:12
okay 13:12 17:8 22:13 26:12
  27:11
old 5:18
once 26:9
one 4:9 5:4 8:20 9:6,8 10:8
  11:6,7 14:5,6 16:3 21:6
  22:23,23 23:2,3,4,15 27:23
  29:10
only 8:6,9 20:1 30:3,5
opening 12:24
operating 27:6
opinion 11:24
other 4:13 5:10 6:18 7:4 10:8
  11:4,17 15:15 22:4,5,17
out 6:21 7:6 10:20 11:12,13
  11:20 19:4 22:7,22 23:3,7,8
  26:20 29:18
over 9:23 16:1 19:11 21:17
  26:2
overly 16:24

**P**

PAGE 3:2
paid 26:14
paper 10:14 22:24
part 13:2 17:13 23:22 29:22
partially 17:14
participate 24:6
particular 7:18
parties 31:13
paying 12:20
PD's 24:15,22
penalty 5:14,18 7:1 24:2,8
people 10:21,22 11:24 12:7
  18:1 27:13 29:20
phase 18:9 19:5 24:3,8 25:24
  26:1 30:12
phone 14:21,24
physical 8:17
picking 29:18,19
pill 28:15

place 1:17 19:9 23:4 31:10
plaintiff 1:6,13 2:2
playing 14:21,24 16:4
plea 8:21 21:7 22:5,8,14
pleas 6:9 7:8,10 23:12
please 27:23
point 6:6 8:20 9:8 11:3,6,7,20
police 14:12,17 16:12,19
politically 8:5
portions 25:24
possibility 10:3
post-conviction 21:12
practice 4:19,24 5:1
pre 8:4 16:4
preliminary 4:13
prep 15:24
prepare 16:11 25:23,24 26:2
    28:11
preparing 10:16 16:17 18:7
    28:18
prescribing 27:12
prescription 27:15
present 10:11
presently 5:17
press 7:22,23 10:10,13 15:3
pretrial 10:2
pretty 6:15 7:19 17:1,2 18:17
    20:13
printed 22:24
prior 5:9 6:7 11:7 14:5 15:3
private 4:19
probably 5:13,19 9:1,5 16:4
    21:11 24:19 25:10,14,15
    26:11 28:4 29:6 30:1
procedure 27:7
prosecution 9:13,23 16:9
prosecutor 14:10 15:2 16:4
Prozac 8:2,10 10:3,7,11,17
    10:19,21,23 11:17,21,24
    12:2,6,16,21 13:1 14:2
    17:13,14,19 18:2 27:9,12
    27:14 28:14,19 29:3
Prozac-induced 17:21
Prozac-like 17:6
psychiatrist 14:1
psychological 9:17,22 13:5
    13:10
psychologist 9:2 14:2
public 1:20 19:12 21:11
    26:19 31:5,23
publicity 7:23
purposes 9:10
pursuant 1:14 31:11

put 15:5,6,15,22 16:6 23:21
P&G 22:20
P.O 2:8

**Q**

qualifications 25:21
qualified 25:20 31:5
questioned 16:11 29:8
questioning 28:7
questions 24:14 27:20
quit 25:19
quite 13:19 27:19

**R**

R 31:1
ran 10:10
rather 13:14
rattle 16:5
reaction 12:8
read 12:10
real 27:15
really 5:7 8:24 19:24 27:15
reason 8:21 9:21 11:20 12:11
    12:14,21 19:4,19 25:6 28:1
rebuttal 11:19
recall 8:2 9:7 10:2,6 11:23
    12:18 13:4,8,21 14:3 16:21
    17:1,5,8,10 18:4 19:16,23
    20:1,5,6,10,18 21:14 23:19
    26:16 27:11,15 28:1,7,9,13
    28:17 29:4,5
recess 21:4
recollection 18:5 24:18,20,23
    26:17
record 4:14 12:19 17:7,7
    19:18 21:1 27:24 28:3
    29:11
records 19:7,8,9
referring 6:9 29:20
reflects 12:19
refresh 21:23
refreshed 21:6
relative 31:12
remember 6:1,22 7:15 8:13
    9:18,19 10:1,8,9,13 11:1,15
    11:22 13:11,19 14:16,18
    18:13 19:3 20:22 22:2,9,16
    22:17 23:8,16 27:20 29:6
    29:16
remembers 22:2
report 9:13 26:15
reporting 31:15
representing 4:7 7:11

request 13:5,9
respects 31:11
responsible 7:13 17:14
result 31:14
resulted 7:4
review 21:19 25:8
Richard 2:3
Rick 4:6
right 8:18 9:10 11:14 13:15
    20:14 24:4,16 29:21
rights 14:14,15
Rohaus 22:21
room 23:21 27:17
roughly 7:6 25:13
row 7:3,7 22:18
Rule 31:16
run 5:8
runs 9:7

**S**

S 2:3
same 16:7 17:18
sanity 27:21
sat 14:19
saw 15:2
Schmidt 1:12,17 3:2 4:1,8,13
    4:16 30:19 31:7,10
Schmidt-Goessling 9:3,12
    13:4 20:19,23
score 5:13 7:2 25:13
screamed 22:14
seal 31:18
security 18:23
see 6:14 16:5 17:9 22:23 26:2
seem 16:10
seems 7:10
self 27:11
sent 14:19 24:15
separated 23:20 24:6,9
set 25:9 27:15 31:17
several 7:12 10:2 12:10 14:6
Sherry 1:19 31:4,22
shooter 7:20
short 21:20
shortly 6:12,13 26:7
showing 18:14
shows 19:18
shying 27:20
sign 7:12 24:24 25:6
Signature 30:18
significant 19:14
simultaneously 26:3
since 4:23 6:23 21:10 23:1,9

23:10 25:12
sit 15:24 23:16
situation 23:12
Smith 22:19
social 26:22
some 5:18,19 6:21 10:17 11:3
    12:7 17:14 19:4 21:11
    22:20,20 23:1,3
Somebody 28:20
someone 24:1
something 15:17 23:24 24:3
    25:11 29:5
sometime 8:3
sometimes 15:13 23:14,15
Somewhere 25:14
soon 6:15 26:7
sorry 5:16 13:7 29:10,19 30:4
sort 15:13
SOT 2:12
South 2:5
SOUTHERN 1:2
Speaking 19:7
specialist 18:6 26:5 27:1
specifically 14:16
spoke 28:19 30:11
Springfield 23:8
SS 31:2
St 19:10
stack 18:15
Stahl 22:3,7,10
stand 12:12 15:6,11,22 16:3
    16:6 28:8
standard 27:6
started 5:19,20 7:11 15:17
state 8:7 19:12 20:24 29:13
    29:16
STATED 1:1
statement 12:24 14:17,23
    16:9,12,18
statements 14:7,11
state's 28:24
still 8:4
stipulations 31:12
story 10:10 15:12 16:1
strategy 7:24 12:17
Street 1:18 2:5,13 4:17
studies 12:5,7,9,12
supposed 25:1
suppress 14:7
suppressed 14:12 16:9,15,20
supreme 22:16
sure 5:20 6:2,21 8:12,24 13:3
    13:22 15:12,14 16:2,13

18:12,14 19:11,24 20:1,6
    23:23 24:5 26:8,16 28:22
    29:5
surprised 16:10
sworn 4:2 31:8

--- T ---
T 31:1,1
take 14:17 22:14 23:22 25:17
    25:22
taken 1:13 21:4 28:15 31:11
taking 8:2 27:9 28:14 29:3
talk 11:5 20:8 21:23 29:13
talked 10:22 11:1 13:22
    20:10 21:5 22:1 28:23
    29:12
talking 10:10 15:1 28:10
tape 14:19
Tara 2:11
tell 15:12 28:4
telling 17:5 29:17
test 28:6
testified 11:4,16,19,21 16:18
    20:24
testify 14:2 16:17 19:22 30:9
testimony 16:1
Thank 24:11 30:14,16
their 15:11
theory 18:10
thereabouts 5:15
thing 8:6,9 18:16
things 15:13,21
think 6:2,20 7:6,7 8:3 9:1,21
    12:4,18,21 13:11 15:1,11
    17:12,23 18:14 19:21 22:2
    22:21 23:2,22 24:4
thoroughly 8:16
though 16:14,19 22:11 25:12
thought 29:18
three 23:13,14,15
through 16:4 28:5
throughout 16:23 17:19
time 1:16 6:17 8:20 9:8 16:7
    19:8 20:3 21:11 23:19
    28:16 29:13 31:10
times 20:17 30:13
today 21:19 24:18 27:18
together 7:16 8:24 9:5,7
    15:13 20:11,16 21:6
told 8:14 18:24 20:11 27:10
    27:13 29:7
tomorrow 27:18
totally 17:24

Towers 1:17 4:17
Township 23:8
transcript 16:8 24:19
treating 13:18,20
trenches 25:4
trial 4:9 5:4 6:4 10:16 11:3,7
    14:5 15:3,17,18,19 16:22
    17:3,6,19 18:1,10 22:6,7
    25:23 28:8,18
trials 5:10 6:24 7:4
tried 5:5,21 6:18,21 7:6
    23:11 25:3,15
truth 31:8,8,9
try 6:17 21:6 27:16
trying 5:21 16:5 17:16,21
    22:21 27:21
tunnel 20:2 30:3,6
turn 7:10
turned 7:8 19:11 21:17 22:7
two 7:8,11 23:13,14,15
type 12:8 18:16

--- U ---
under 5:14,17,18 6:23 18:22
    31:16
undersigned 31:4
understand 19:8 25:4
undertake 10:20
UNITED 1:1
University 22:20
unless 9:24 16:6
until 15:22 25:19,21 26:1
    27:3
use 13:2,17 16:10,15 26:10
used 9:24 13:20 16:9,19
    28:10 29:22,23
usually 6:17 23:13

--- V ---
various 10:12
verdict 7:4 20:4
very 7:22 11:23 17:19 20:8
    20:18 25:23 30:15
visual 14:22
voluntary 12:15
vs 1:7

--- W ---
wait 26:1 27:3
waive 30:17
waived 30:18
want 27:19 29:15
wanted 10:7 15:11,14
Warden 1:8

**wasn't** 6:4 7:18,23 16:23,24
  17:3 20:6 22:6 25:22
**watched** 14:20
**way** 8:1 10:8 17:14 27:21
**well** 7:19,22 8:2 10:6 15:9
  20:18 22:16 27:13 28:21
**went** 6:16 16:4 21:13 26:9,11
  26:12 28:5
**were** 5:4,18 6:11 8:7 10:11
  10:12,16 11:9,9,16 12:5,16
  16:14,15 17:16,20 23:9,20
  23:21,23,23,24 24:2,6,8,21
  28:13 29:18,19,23
**Westerville** 2:8
**We're** 4:7
**WHEREOF** 31:17
**while** 29:3
**whole** 18:18 19:11 31:8
**who-done-it** 7:19
**wife** 23:4
**Wille** 2:12
**willing** 12:20
**witness** 4:2 11:10 12:12 21:5
  28:24 30:7,17 31:17
**work** 9:5 26:3
**worked** 7:14,16 19:2 20:16
  20:16 26:13
**wouldn't** 9:23 15:19 17:19
  24:18
**written** 26:15
**wrong** 25:6

---
### X
**X** 3:1

---
### Y
**yeah** 18:19,21 20:15,21 22:1
  23:6

---
### 1
**10** 1:15
**10:00** 1:16
**10:44** 21:4
**10:49** 21:4
**1071** 1:18 4:17
**11:00** 30:22
**12** 23:21
**1948** 2:8
**1965** 4:23 25:12
**1981** 5:15 6:24
**1996** 5:6,7 10:11

---
### 2
**2003** 1:15 31:19,23

**22** 31:23
**24** 3:3
**26th** 2:13
**28(D)** 31:16

---
### 3
**30** 2:13 5:13,14

---
### 4
**4** 3:3
**40** 7:7 25:13
**43086** 2:8
**43215** 2:5,13
**45202** 1:18 4:18

---
### 6
**60** 5:19 25:15
**60s** 5:20

---
### 7
**70s** 5:20
**75** 25:15
**755** 2:5

---
### 8
**8th** 10:11
**81** 5:21 8:4

---
### 9
**904** 1:17 4:17