IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD L. CLEMONS, | : | |
| Petitioner, | : | |
| vs. | : | Case No. C1-00-722 |
| BETTY MITCHELL, WARDEN, | : | JUDGE GEORGE C. SMITH |
| Respondent. | : | MAGISTRATE JUDGE NORAH KING |

<u>ORDER</u>

Pursuant to Petitioner Clemons' motion to extend the time to file his merit brief, and for good cause shown, said motion is GRANTED. Petitioner Clemons has until May 28, 2004 to file his merit brief.

_____
UNITED STATES MAGISTRATE JUDGE
NORAH KING