IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| GERALD L. CLEMONS, | : | |
| Petitioner, | : | |
| vs. | : | Case No. C-1-00-722 |
| BETTY MITCHELL, WARDEN, | : | JUDGE GEORGE C. SMITH |
| Respondent. | : | MAGISTRATE JUDGE KING |

---

GERALD CLEMONS' MERIT BRIEF
VOL. I

---

CHARLES L. WILLE (0056444)
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 728-7055

RICHARD S. KETCHAM (0023380)
755 South High Street
Columbus, Ohio 43206
(614) 444-3900

DAVID J. GRAEFF (0020647)
P.O. Box 1948
Westerville, Ohio 43086
(614) 226-5991

COUNSEL FOR RESPONDENT
STATE OF OHIO

COUNSEL FOR PETITIONER
GERALD CLEMONS

TABLE OF CONTENTS

                                                                                                        Page

Table of Authorities................................   i

Procedural History..................................   1

Facts...............................................   4

First Ground for Relief.............................  12

       THE TRIAL COURT ERRED TO THE PREJUDICE OF PETITIONER CLEMONS WHEN IT DENIED A MOTION FOR CHANGE OF VENUE WHERE PRE-TRIAL PUBLICITY PRECLUDED THE ACCUSED FROM RECEIVING A FAIR TRIAL UNDER THE FOURTH, FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Second Ground for Relief............................  25

       THE TRIAL COURT ERRED TO THE PREJUDICE OF PETITIONER CLEMONS IN NOT GRANTING FUNDS FOR EXPERT ASSISTANCE CONSTITUTIONALLY REQUIRED FOR THE PREPARATION OF AN ADEQUATE DEFENSE AS GUARANTEED BY THE FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Third Ground for Relief.............................  32

       PETITIONER GERALD CLEMONS WAS DENIED HIS RIGHT OF DUE PROCESS AND ASSISTANCE OF COUNSEL AS GUARANTEED BY THE SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION BECAUSE THE RECORD REFLECTS TRIAL COUNSEL PROVIDED INEFFECTIVE ASSISTANCE TO PETITIONER CLEMONS.

Fourth Ground for Relief............................  45

       PROSECUTORIAL MISCONDUCT OCCURRED IN THIS CASE, SPECIFICALLY IN THE OPENING STATEMENT, CLOSING ARGUMENT AND THE PENALTY PHASE PROCEEDINGS WHICH RESULTED IN PREJUDICE TO PETITIONER CLEMONS TO THE EXTENT THAT HE WAS DENIED A FAIR TRIAL UNDER THE FOURTH, FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Fifth Ground for Relief............................  61

    THE TRIAL COURT ERRED IN SENTENCING WHEN IMPROPERLY CONSIDERING THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AS AN AGGRAVATING CIRCUMSTANCE IN IMPOSING THE DEATH SENTENCE ON PETITIONER CLEMONS, THE RESULT BEING CONTRA THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Sixth Ground for Relief............................  67

    THE TRIAL COURT ERRED TO THE PREJUDICE OF PETITIONER CLEMONS WHEN IT DENIED THE PRE-TRIAL MOTION FOR TWELVE PEREMPTORY JURY CHALLENGES CONTRA THE SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Seventh Ground for Relief..........................  72

    THE DEATH PENALTY STATUTE IN OHIO IS UNCONSTITUTIONAL UNDER THE FOURTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION IN THAT IT FAILS TO REQUIRE THE APPROPRIATE MENTAL STATE AND, AS A RESULT, ALLOWS THE JURY TO CONVICT ON A LESS THAN ADEQUATE SHOWING OF CULPABILITY.

Eighth Ground for Relief...........................  76

    PETITIONER CLEMONS WAS IMPROPERLY CONVICTED AND SENTENCED BECAUSE THE OHIO BEYOND A REASONABLE DOUBT STANDARD FAILS TO MEET THE REQUIREMENT OF A HIGHER RELIABILITY FOR GUILT DETERMINATION IN A CAPITAL CASE CONTRA THE FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Ninth Ground for Relief............................  80

    THE AMENDED OHIO REVIEW PROCESS IS UNCONSTITUTIONAL IN VIOLATION OF THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION IN THAT IT REMOVES COURT OF APPEALS JURISDICTION FROM THE DIRECT APPEAL PROCESS.

Tenth Ground for Relief............................  86

    THE OHIO DEATH PENALTY STATUTES ARE UNCONSTITUTIONAL IN THAT THEY VIOLATE THE EIGHTH AMENDMENT PROSCRIPTION OF CRUEL AND UNUSUAL PUNISHMENT AND THE FOURTEENTH AMENDMENT TO THE CONSTITUTION WHICH GUARANTEES DUE PROCESS OF LAW AND EQUAL PROTECTION OF THE LAWS.

Eleventh Ground for Relief.........................  96

    THE REQUIREMENT THAT A JURY MUST RECOMMEND DEATH UPON PROOF BEYOND A REASONABLE DOUBT THAT THE AGGRAVATING CIRCUMSTANCES OUTWEIGH ONLY TO THE SLIGHTEST DEGREE THE MITIGATING CIRCUMSTANCES GIVES THE OHIO CAPITAL STATUTES A MANDATORY NATURE, THUS PERMITTING THE EXECUTION OF AN ACCUSED EVEN THOUGH THE MITIGATING EVIDENCE FALLS JUST SHORT OF EQUIPOISE WITH THE AGGRAVATING FACTORS. THE RESULT IS THE OHIO STATUTE RENDERS THE CAPITAL PROCESS ARBITRARY AND CAPRICIOUS CONTRA THE SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Twelfth Ground for Relief..........................  100

    THE PROVISIONS OF OHIO CRIM. R. 11(c)(3), PERMITTING THE TRIAL COURT TO DISMISS SPECIFICATIONS UPON A GUILTY PLEA UNDER THE CONCEPT OF "IN THE INTEREST OF JUSTICE" NEEDLESSLY ENCOURAGES GUILTY PLEAS, THUS RE-INTRODUCING THE POSSIBILITY THAT THE DEATH SENTENCE WILL BE IMPOSED ARBITRARILY AND CAPRICIOUSLY CONTRA THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Thirteenth Ground for Relief.......................  103

    THE OHIO CAPITAL SENTENCING SCHEME IS UNCONSTITUTIONAL IN THAT IT PROVIDES NO STANDARD FOR SENTENCING OR REVIEW AT THE SIGNIFICANT STAGES OF THE APPELLATE PROCESS AND, AS A RESULT, THE DEATH SENTENCE OF GERALD CLEMONS WAS IMPOSED AND REVIEWED WITHOUT SUFFICIENT GUIDANCE TO JURIES, THE TRIAL-SENTENCING JUDGE AND OHIO REVIEW IN COURTS. THIS RESULTS IN THE ARBITRARY AND CAPRICIOUS INFLICTION OF THE DEATH PENALTY CONTRA THE SIXTH,

      EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Fourteenth Ground for Relief.......................... 105

      WHERE THE RECORD REVEALS THAT THE SENTENCING JUDGE CONSIDERED AND WEIGHED IMPROPER AGGRAVATING CIRCUMSTANCES WHEN IMPOSING THE DEATH PENALTY, THE RESULTING SENTENCE IS CONTRA THE SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Fifteenth Ground for Relief........................... 109

      THE TRIAL COURT ERRED IN PERMITTING THE PROSECUTOR TO HAVE AN EXPERT TESTIFY ON THE AFFECTS OF PROZAC WHEN THE DEFENSE HAD NOT RAISED, DURING THE COURSE OF THE JURY TRIAL, AN INSANITY DEFENSE CONTRA THE FOURTH, FIFTH, SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Sixteenth Ground for Relief........................... 112

      WHERE A CONVICTION IS BASED UPON INSUFFICIENT EVIDENCE, ON THE AGGRAVATED MURDER COUNTS, THE RESULT IS CONTRA THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT TO THE CONSTITUTION AND THE SIXTH AND EIGHTH AMENDMENTS TO THE CONSTITUTION.

Seventeenth Ground for Relief......................... 114

      THE TRIAL COURT ERRS TO THE PREJUDICE OF PETITIONER CLEMONS WHEN THE COURT REFERS TO THE JURY'S DECISION AS RECOMMENDATION, THEREBY DIMINISHING THE JURY'S SENSE OF RESPONSIBILITY FOR THE DECISION IN VIOLATION OF THE SIXTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION.

Conclusion............................................ 118
Proof of Service...................................... 119

TABLE OF AUTHORITIES

|  | Page |
|---|---|
| Ake v. Oklahoma (1985) 470 U.S. 68; 105 S.Ct. 1087 | 26 |
| Allen v. Morris 845 F.2d 610 (6th Cir. 1988) | 111 |
| Apprendi v. New Jersey 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) | 74 |
| Arave v. Creech (1993) 507 U.S. 463 | 64 |
| Barclay v. Florida (1983) 463 U.S. 939 | 63 |
| Bell v. Ohio 438 U.S. 637, 98 S.Ct. 2977 (1978) | 101 |
| Blystone v. Pennsylvania (1990) 494 U.S. 299, 110 S.Ct. 1078 | 98 |
| Brecht v. Abrahamson 507 U.S. 619, 113 S.Ct. 1710 (1993) | 51 |
| Buchanan v. Angelone 522 U.S. at 277, 118 S.Ct. 757 | 50 |
| State v. Buell (1986) 22 Ohio St. 3d 124, 489 N.E.2d 795 | 115 |
| United States v. Byers 740 F.2d 1104 (D.C. Cir. 1984) | 28 |
| Cage v. Louisiana (1990) 498 U.S. 39; 111 S.Ct. 328 | 79 |
| Caldwell v. Mississippi 472 U.S. 320 (1985) | 48 |
| State v. Carter (1995) 72 Ohio St. 3d 545, 651 N.E.2d 965 | 115 |
| Corbitt v. New Jersey 439 U.S. 212, 99 S.Ct. 492 (1979) | 101 |
| Darden v. Wainwright (1986) 477 U.S. 168; 106 S.Ct. 2464 | 46 |

State v. Davis (1988) 38 Ohio St. 3d 361.............. 62

DePew v. Anderson 311 F.3d 742 (6th Cir. 2003)........ 22

Dobbert v. Florida 432 U.S. 282,
97 S.Ct. 2290 (1977)................................. 15

Enmund v. Florida (1982) 458 U.S. 872,
102 S.Ct. 3368....................................... 72

Franklin v. Lynaugh 487 U.S. 164;
108 s.cT. 2320 (1988)................................ 77

Furman v. Georgia (1972) 408 U.S. 238,
92 S.Ct. 2726........................................ 81

Gardner v. Florida 430 U.S. 349...................... 94

Glenn v. Tate 71 F.3d 1204 (6th Cir. 1995)............ 27

State v. Goff (1998) 82 Ohio St. 3d 123.............. 87

State v. Greer (1988) 39 Ohio St. 3d 236;
530 N.E. 2d 382...................................... 68

Gregg v. Georgia 428 U.S. 153 (1976)................. 65

Griffin v. California 380 U.S. 609,
85 S.Ct. 1229 (1965)................................. 51

Harrison v. United States 163 U.S. 140............... 71

State v. Henness (1997) 79 Ohio St. 3d 53,
679 N.E.2d 686....................................... 110

Irving v. Dowd (1961) 366 U.S. 717,
81 S.Ct. 1639........................................ 13

United States v. Jackson 390 U.S. 570,
88 S.Ct. 1209 (1968)................................. 101

Jackson v. Virginia (1979) 443 U.S. 307,
99 S.Ct. 2781........................................ 112

Lewis v. Jeffers 497 U.S. 764 (1990)................. 65

State v. Jenkins (1984) 15 Ohio St. 3d 164,
473 N.E.2d 764....................................... 76

Kelly v. South Carolina (2002) 534 U.S. 246,
122 S.Ct. 726.................................... 87

Lewis v. United States 146 U.S. 370.............. 70

Lockett v. Ohio 438 U.S. 586, 98 s.cT. 2954 (1978)... 101

Lockhart v. McCree (1986) 476 U.S. 162,
106 S.Ct. 1758................................... 77

State v. Loza (1994) 71 Ohio St. 3d 61........... 92

State v. Lundgren (1995) 73 Ohio St. 3d 474...... 38

State v. Mapes (1985) 19 Ohio St. 3d 108,
484 N.E.2d 140................................... 73

State v. Maurer (1984) 15 Ohio St. 3d 239,
473 N.E.2d 768................................... 38

Smith v. Mills (1992) 62 Ohio St. 3d 357,
582 N.E.2d 972................................... 87

Morgan v. Illinois 504 U.S. 719 (1992)........... 16

Mu'Min v. Virginia 500 U.S. 415 (1991)........... 17

In re Murchison 349 U.S. 133..................... 71

Murphy v. Florida 421 U.S. 794 (1975)............ 15

Nevers v. Killinger 169 F.3d 352 (6th Cir. 1999)..... 24

Patton v. Yount 467 U.S. 1025 (1984)............. 18

Payne v. Tennessee (1991) 501 U.S. 808........... 107

Pointer v. United States 151 U.S. 396............ 71

Powell v. Collins (6th Cir. 2003) 332 F.3d 376... 26

California v. Ramos 463 U.S. at 998-99,
103 S.Ct. at 3451................................ 116

Rideau v. Louisiana (1963) 373 U.S. 723,
83 S.Ct. 1417.................................... 14

Ring v. Arizona 536 U.S. 584, 122 S.Ct. 2428,
153 L.Ed.2d 556 (2002).................................. 75

Ristaino v. Ross 424 U.S. 584 (1976).................... 17

Roberts v. Louisiana (1976) 428 U.S. 325................ 97

Sattazahn v. Pennsylvania 537 U.S. 101,
123 S.Ct. 732 (2003).................................... 74

Simmons v. South Carolina (1994) 512 U.S. 154,
114 S.Ct. 2187.......................................... 88

Skaggs v. Parker 235 F.3d 261 (6th Cir. 2001)........... 33

Skipper v. South Carolina 476 U.S. 1.................... 94

United States v. Sloan 776 F.2d 926 (10th Cir. 1985).... 28

Smith v. McCormick 914 F.2d 1153 (9th Cir. 1990)........ 28

State v. Smith (1997) 80 Ohio St, 3d 89,
684 N.E.2d 668.......................................... 80

Starr v. A.L. Lockhart 23 F.3d 1280 (8th Cir. 1994)..... 28

State v. Steffen (1994) 70 Ohio St. 3d 399,
639 N.E.2d 67........................................... 84

Stilson v. United States (1919) 250 U.S. 583............ 68

Strickland v. Washington (1984) 466 U.S. 668;
104 S.Ct. 2052.......................................... 42

Swain v. Alabama (1965) 380 U.S. 202.................... 69

State v. Taylor (1997) 78 Ohio St. 3d 15,
676 N.E.2d 82........................................... 112

State v. Watson 61 Ohio St. 3d 1;
572 N.E.2d 97 (1991).................................... 76

In re Winship 397 U.S. 358, 25 L.Ed.2d 368,
90 S.Ct. 1068........................................... 79

United States v. Young 470 U.S. 1 (1985)................ 47

Zant v. Stephens (1983) 462 U.S. 862,
103 S.Ct. 2733.................................... 63