UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case Nos.: |
| **Reassignment of Death Penalty cases.** | 1:1996-cv-0424<br>1:1998-cv-0867<br>1:1999-cv-0438<br>1:1999-cv-0559<br>1:2000-cv-0722 |

## ORDER

The Clerk shall reassign the above-referenced death penalty habeas cases to the docket of the Honorable Michael H. Watson.

IT IS SO ORDERED.

/s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**