UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

1:98cv867
1:99cv438
1:00cv722

## ORDER OF TRANSFER

The above-mentioned cases are hereby being transferred from the docket of the Honorable Michael R. Barrett to the docket of the Honorable Michael H. Watson.

IT IS SO ORDERED.

_____
Michael R. Barrett, Judge
United States District Court

_____
Michael H. Watson, Judge
United States District Court