**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GERALD L. CLEMONS,**

        **Petitioner,**

    **vs.**                             **Civil Action 1:00-CV-722
Judge Watson
Magistrate Judge King**

**BETTY MITCHELL, Warden,**

        **Respondent.**

<u>**ORDER**</u>

      The Ohio Attorney General's Capital Crimes Annual Report indicates that petitioner has died of natural causes. Under these circumstances, the Court advises the parties that the case will be dismissed with prejudice unless, within twenty (20) days of the date of this order, any party objects to such dismissal.

<u>August 7, 2007</u>                     <u>*s/Norah McCann King*</u>
                                   Norah M$^c$Cann King
                          United States Magistrate Judge