IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GERALD L. CLEMONS,**

        Petitioner,

vs.                              Civil Action 1:00-CV-722
                                 Judge Michael H. Watson

**BETTY MITCHELL, Warden,**

        Respondent.

## ORDER

On August 7, 2007, the Court advised the parties that, in light of the reported death of petitioner, the case would be dismissed unless any party objected to dismissal within twenty (20) days. Doc. No. 71. There has been no objection to dismissal or other response to the *Order* of August 7, 2007.

Accordingly, this action is hereby **DISMISSED** with prejudice, as moot.

**IT IS SO ORDERED.**

                                                   */s/ Michael H. Watson*
                                                 **MICHAEL H. WATSON**
                                                 **United States District Judge**